No. 12,244.

PEOPLE EX REL. ERNST *v.* ELDRED, COUNTY JUDGE, ET AL.

Decided June 10, 1929. Rehearing denied July 1, 1929.

Mr. W. R. RAMSEY, for plaintiff in error.

Messrs. SMITH & BROCK, Mr. JOHN P. AKOLT, for defendants in error.

*En Banc.*

MR. JUSTICE ADAMS delivered the opinion of the court.

THIS is a civil action brought on the relation of Ada Ernst, against Eldred, a public officer, and his bondsman, to recover damages for alleged official misconduct. The case was brought in Denver. It was removed to

Fremont county for trial, on motion of defendants. Plaintiff thereafter moved to change it back to Denver. Her motion was denied and she assigns error.

■ The writ of error will be dismissed because there is no final order or judgment to which the writ will lie. Sections 84 and 425, 1921 Code.

Writ dismissed.